# EXHIBIT B



FEDERAL ELECTION COMMISSION
Washington, DC 20463

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

February 23, 2022

Peter Flaherty
National Legal and Policy Center
107 Park Washington Court
Falls Church, VA 22046

RE:    MUR 7575

Dear Mr. Flaherty:

This is in reference to the complaint you filed with the Federal Election Commission on March 4, 2019. On January 27, 2022, the Commission considered the allegations raised in your complaint and voted to dismiss the allegation that Alexandria Ocasio-Cortez for Congress and Frank Llewellyn in his official capacity as treasurer violated 52 U.S.C. § 30104(b)(5) and (b)(6) and 11 C.F.R. § 104.3(b)(3) and (b)(4) by failing to include sufficient descriptions showing the purposes for, and misreporting the payee of, disbursements to Brand New Congress, LLC. The Commission was equally divided on whether to find reason to believe, and whether to dismiss, the allegations that Brand New Congress and Hosseh Enad in his official capacity as treasurer and Justice Democrats PAC and Natalie Trent in her official capacity as treasurer violated 52 U.S.C. § 30104(b)(5) and (b)(6) and 11 C.F.R. § 104.3(b)(3) and (b)(4) by failing to include sufficient descriptions showing the purposes for and misreporting the payee of, disbursements to Brand New Congress, LLC. Accordingly, on February 15, 2022, the Commission closed the file in this matter.

Documents related to the case will be placed on the public record within 30 days. *See Disclosure of Certain Documents in Enforcement and Other Matters,* 81 Fed. Reg. 50,702 (Aug. 2, 2016). A Statement of Reasons providing a basis for the Commission's decision will follow.

MUR 7575
Letter to Peter Flaherty
Page 2

      The Federal Election Campaign Act of 1971, as amended, allows a complainant to seek judicial review of the Commission's dismissal of this action. *See* 52 U.S.C. § 30109(a)(8). If you have any questions, please contact Thaddeus H. Ewald, the attorney assigned to this matter, at (202) 694-1650 or tewald@fec.gov.

                              Sincerely,

                              Lisa Stevenson
                              Acting General Counsel

                              *Mark Shonkwiler*

           BY:    Mark Shonkwiler
                  Assistant General Counsel